Filing # 141039910 E-Filed 12/28/2021 04:35:38 PM

# IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
# IN AND FOR LEE COUNTY, FLORIDA

**ANTHONY MELCHIORRE,**

    **Plaintiff,**

v.                                                   Case No.: 21-CA-006420

**CARMINE MARCENO, in his official
Capacity as Sheriff of Lee County, Florida
and TIMOTHY GALLOWAY, individually,**

    **Defendants.**

_____/

## SUMMONS

THE STATE OF FLORIDA:

To all and singular sheriffs of said state:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition, in the above-styled cause upon the Defendant:

        **Timothy Galloway
        Lee County Sheriff's Department
        14750 Six Mile Cypress Pkwy.
        Ft. Myers, FL 33912**

    Each Defendant is hereby required to serve written defenses to said Complaint on **FARNITA SAUNDERS HILL, Morgan & Morgan, P.A., 333 W. Vine Street, Suite 1200, Lexington, KY 40507, Telephone: (850) 201-2453,** within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

### REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

    If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. **Please contact Court Administration at Justice Center, 1st Floor, 2075 Dr. Martin Luther King Jr. Boulevard, Fort Myers, FL 33901, Telephone: (239) 533-5000, Option 3,** within two (2) working days of your receipt of this (describe notice); If you are hearing or voice impaired, call 711.

    WITNESS my hand and the seal of this Court on this the _____ day of __01/04/2022__

                Linda Doggett    Clerk of the Circuit Court

                                    By _____
                                                As Deputy Clerk

1

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los numbres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su centa, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted inviar por correo o entregar una copia de su respuesta a la persona denuminada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

"De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para particpar en estee procedimiento deberan, dentro de un tiempo razonable, antes de cualquier procedimiento, ponerse en un tiempo razonable, antes de cualquier procedimiento, ponerse en contacto con la oficina Administrativa de la Corte, Telefono (TDD) 1-800-955-8771 o (V) 1-800-955-8770, via Florida Relay System."

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

En accordance avec la Loi des "Americans With Disabilities". Les personnes en besoin d'une accomodation speciale pour participer a ces procedures doivent, dans un temps raisonnable, avant d'entreprendre aucune autre demarche, contracter l'office administrative de la Court situe au le telephone ou Telefono (TDD) 1-800-955-8771 ou (V) 1-800-955-8770, via Florida Relay System."

**MORGAN & MORGAN, P.A.**
**333 W. VINE STREET, SUITE 1200**
**LEXINGTON, KY 40507**

Filing # 141039910 E-Filed 12/28/2021 04:35:38 PM

# IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
# IN AND FOR LEE COUNTY, FLORIDA

**ANTHONY MELCHIORRE,**

    **Plaintiff,**

v.                                        Case No.: _____

**CARMINE MARCENO, in his official
Capacity as Sheriff of Lee County, Florida
and TIMOTHY GALLOWAY, individually,**

    **Defendants.**
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Anthony Melchiorre, hereby sues Carmine Marceno, in his official capacity as Sheriff of Lee County, Florida and Timothy Galloway, individually.

## THE PARTIES

1. Plaintiff, ANTHONY MELCHIORRE ("Plaintiff Melchiorre"), was at all times relevant, a citizen and resident of the State of Florida. Plaintiff ANTHONY MELCHIORRE is *sui juris*.

2. Defendant, CARMINE MARCENO ("Defendant Marceno"), was at all times relevant, the Sheriff of Lee County, Florida, acting under color of state law, and acting within the scope of his employment with the Lee County Sheriff's Office. Defendant CARMINE MARCENO is *sui juris*.

3. Defendant, TIMOTHY GALLOWAY ("Defendant Galloway") was at all times relevant, employed with the Lee County Sheriff's Office, acting under color of

1

state law, and acting within the scope of his employment with the Lee County Sheriff's Office. Defendant TIMOTHY GALLOWAY is sued in his individual capacity, was employed by Defendant CARMINE MARCENO, and is *sui juris*.

## JURISDICTION AND VENUE

4. This action alleges Florida common law claims as well as claims arising under the Civil Rights Act of 1871, 42 U.S.C. §1983, in violation of Plaintiff's rights under the Fourth Amendment of the United States Constitution. This is also an action for damages in excess of $30,000, exclusive of attorney's fees and costs.

5. Venue is proper in this Court as all claims arise from conduct occurring in Lee County, Florida.

## CONDITIONS PRECEDENT

6. All conditions precedent to filing this action have been complied with and met. Pursuant to §768.28, Fla. Stat., the required notice of intent to initiate litigation was submitted to Lee County Sheriff's Office, Sheriff Carmine Marceno, and the Chief Financial Officer on January 14, 2021. The notices are attached as **Exhibit 1**. No responses have been made to the notices.

## STATEMENT OF ULTIMATE FACTS

7. On March 14, 2020, Plaintiff Anthony Melchiorre was a patron at Shuckers Bar & Restaurant in Ft. Myers, Florida.

8. While at the establishment, Plaintiff Melchiorre ran into a group of family friends.

9. One of the female family friends was extremely intoxicated.

10. In response to the female friend's drunken state, one of the bartenders told Plaintiff Melchiorre, "Get her the fuck out of the bar. She can't be passed out in here."

11. A friend of the owner of the establishment told Plaintiff Melchiorre to take his intoxicated friend to an employee-only area of the bar.

12. After Plaintiff Melchiorre walked his intoxicated friend to the back, he was approached by a bar employee who told him to leave the area because he was not wearing his shoes. The bar employee pushed and shoved Plaintiff Melchiorre multiple times.

13. Plaintiff Melchiorre left and walked to the beach to get his shoes and told the intoxicated individual's friends what had just occurred with her inside the bar.

14. Plaintiff Melchiorre then returned to the employee-only area of the bar to check on the friend.

15. As he entered, a bartender grabbed Plaintiff Melchiorre from behind.

16. The bartender hung onto Plaintiff Melchiorre's back and continued to punch Plaintiff Melchiorre in the face.

17. Bouncers arrived and escorted Plaintiff Melchiorre off the property.

18. Plaintiff Melchiorre then returned to the beach area.

19. Shortly thereafter, while walking on the beach and unbeknownst to Plaintiff Melchiorre, Defendant Officers Galloway, Marcotte, and Herzfeld were approaching Plaintiff Melchiorre from behind.

20. Defendant Officer Galloway then abruptly and violently tackled Plaintiff Melchiorre from behind and forced him to the ground.

21. Defendant Officer Galloway held Plaintiff Melchiorre's face to the ground and Defendant Officers Marcotte and Herzfeld joined to hold Plaintiff Melchiorre to the ground.

22. Defendant Officer Galloway used excessive and unnecessary force upon Plaintiff Melchiorre, tearing his posterior labrum (fibrous shoulder tissue), which required surgery and months of physical therapy.

23. At no time was Plaintiff Melchiorre agitated or aggressive towards Defendant Officer Galloway. Plaintiff Melchiorre never eluded, resisted, harmed, or threatened to harm Defendant Officer Galloway.

24. Defendant Officer Galloway arrested Plaintiff Melchiorre and initially charged him with disorderly conduct in a licensed establishment.

25. The State Attorney's Office investigated a charge of "Crimes Against Person Resist Detention Public Lodge Operator" in violation of §509.143(4), Florida Statutes.

26. Plaintiff Melchiorre had not committed a crime inside Shucker's Restaurant and did not commit a crime outside the establishment.

27. On March 25, 2020, the State Attorney's Office refused to file charges and filed a "No Information."

28. As a direct and/or proximate result of the Defendant Galloway's, intentional misconduct as stated herein, Plaintiff Melchiorre sustained damages. Plaintiff Melchiorre's injuries are continuing and will not abate in the future.

### COUNT I
### 42 U.S.C. § 1983–Fourth Amendment Violation
### Excessive Force (Against Defendant Timothy Galloway in His Individual Capacity)

29. Paragraphs 7-28 are re-alleged and incorporated herein by reference.

30. This count sets forth a claim against Defendant Galloway for excessive force in violation of the Fourth Amendment to the United States Constitution, enforceable through 42 U.S.C. § 1983.

31. Defendant Galloway, while acting under color of law, used objectively unreasonable, excessive, unnecessary, and unwarranted force on Plaintiff Melchiorre.

32. Under the circumstances, the force used by Defendant Galloway was objectively unreasonable, in that the Plaintiff's conduct did not present a threat of danger to Defendant Galloway; Plaintiff Melchiorre did not resist and did not flee.

33. The force used by Defendant Galloway far exceeded the level of force necessary to bring Plaintiff Melchiorre into compliance with any laws.

34. Defendant Galloway acted to deny Plaintiff Melchiorre's rights, privileges, and/or immunities secured by the United States Constitution by depriving him of the right to be free from excessive force in violation of the Fourth Amendment, enforceable through 42 U.S.C. § 1983.

35. The conduct of Defendant Galloway violated clearly established constitutional rights of which a reasonable officer would have known.

36. As a direct and proximate cause of the foregoing violations, Plaintiff Melchiorre suffered actual and consequential damages, deprivation of liberty, indignity, loss of civil rights, mental and physical pain and suffering, emotional distress and anguish, embarrassment, and humiliation, and is entitled to compensation for all of the foregoing as well as his reasonable attorney's fees, punitive damages, and costs. These injuries and losses are permanent and continuing, and Plaintiff Melchiorre will suffer such losses in the future.

### COUNT II
### Battery – Chapter 768, Florida Statutes
### (Against Defendant Sheriff Marceno In His Official Capacity)

37. Paragraphs 7-28 are re-alleged and incorporated herein by reference.

38. This count sets forth a claim against Defendant Sheriff Marceno in his official capacity for battery under Chapter 768, Florida Statutes.

39. While working in the course and scope of his employment with Lee County Sheriff's Office, and without the consent of Plaintiff Melchiorre, Defendant Galloway intentionally, harmfully, and offensively touched the Plaintiff Melchiorre.

40. The excessive force caused by Defendant Galloway and inflicted upon Plaintiff's person, constituted unlawful acts, and resulted in a battery to Plaintiff Melchiorre.

41. Defendant Marceno, as head official and Chief of Police of the Lee County Sheriff's Office, is liable for the torts committed by Defendant Galloway.

42. As a direct and proximate cause of the foregoing violations, the Plaintiff Melchiorre suffered actual and consequential damages, deprivation of liberty, indignity, loss of civil rights, mental and physical pain and suffering, emotional distress and anguish, embarrassment, and humiliation, and is entitled to compensation for all of the foregoing as well as his reasonable attorney's fees and costs. These injuries and losses are permanent and continuing, and Plaintiff Melchiorre will suffer such losses in the future.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment against Defendants for the following:

a) that process issue and this Court take jurisdiction over this cause;

b) that this court enter judgment against Defendants and for Plaintiff awarding all legally available general and compensatory damages, including damages for economic loss for violations of law enumerated herein;

c) that this court enter judgment against Defendants and for Plaintiff awarding Plaintiff costs and attorney's fees where allowed by law;

    d)    that this court enter judgment against Defendants and for Plaintiff awarding Plaintiff interest where allowed by law;

    e)    that this court enter judgment against Defendants and for Plaintiff awarding Plaintiff punitive damages where allowed by law;

    f)    that this court grant such other and further relief as is just and proper under the circumstances.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury.

RESPECTFULLY submitted this 28th day of December 2021.

/s/ *Farnita Saunders Hill*
FARNITA SAUNDERS HILL, ESQ.
Florida Bar No. 1012158
Morgan & Morgan, P.A.
333 W. Vine Street, Suite 1200
Lexington, KY 40507
Telephone: (850) 201-2453
Facsimile: (850) 201-1273
Email: farnitahill@forthepeople.com
Secondary Email: cryan@forthepeople.com
Secondary Email: shuss@forthepeople.com
*Counsel for Plaintiff*

Filing # 141039910 E-Filed 12/28/2021 04:35:38 PM

# EXHIBIT 1

January 14, 2021

**NOTICE OF CLAIM – FLORIDA STATUTES 768.28 (6)**

#11116242
CERTIFIED MAIL – RETURN RECEIPT

Chief Financial Officer
Department of Financial Services
State of Florida
200 E. Gaines St.
Tallahassee, FL 32314

Sheriff Carmine Marceno
Lee County Sheriff's Department
14750 Six Mile Cypress Pkwy.
Ft. Myers, FL 33912

Lee County Sheriff's Department
14750 Six Mile Cypress Pkwy.
Ft. Myers, FL 33912

**CLAIMANT**:  Mr. Anthony Melchiorre
Date of Birth:
Social Security No.:

**CONSORTIUM CLAIMANT**: None

**PRIOR ADJUDICATED UNPAID CLAIMS**: (If none, so state)
Claimant: None
Consortium Claimant: N/A

**DATE & TIME OF INCIDENT**:  March 14th, 2020, at approximately 5:15 p.m.

**PLACE OF INCIDENT**:  Shuckers Bar & Restaurant
1250 Estero Blvd.
Ft. Myers, FL 33931
Lee County, Florida

**DESCRIPTION OF INCIDENT**:  On March 14th, 2020, at approximately 5:15 p.m., Mr. Anthony Melchiorre was walking on the beach outside of Shuckers Bar & Restaurant when he was abruptly tackled from behind by Sgt. Timothy Galloway. Sgt. Galloway, Sgt. Jeremiah Marcotte, and Deputy Stephen Herzfeld used excessive and unnecessary force while detaining Mr. Melchiorre, resulting in a torn posterior labrum, which required surgical repair and months of physical therapy. Mr. Melchiorre was charged with disorderly conduct in a licensed establishment; this charge was subsequently dropped on March 25th, 2020.

**KNOWN CITY, AGENTS, OR EMPLOYEES**:  Lee County Sheriff's Department; Sgt. Timothy Galloway; Sgt. Jeremiah Marcotte; Deputy Stephen Herzfeld

**INJURIES**:  *Torn posterior labrum in right shoulder; acromioclavicular sprain in left shoulder.*

**RELIEF SOUGHT**:  Compensation for injuries sustained.

IF ADDITIONAL INFORMATION IS NEEDED, PLEASE CONTACT THE UNDERSIGNED.
PLEASE ACKNOWLEDGE RECEIPT HEREOF.

**I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by certified mail to the above agencies, this 14th day of January, 2021.**

*Farnita Saunders Hill*

Farnita Saunders Hill, Esquire
FBN: 1012158
Morgan & Morgan, P.A.
333 West Vine Street, Suite 1200
Lexington, KY 40507
Attorneys for Plaintiff