Filing # 141039910 E-Filed 12/28/2021 04:35:38 PM

# EXHIBIT 1

January 14, 2021

**NOTICE OF CLAIM – FLORIDA STATUTES 768.28 (6)**

#11116242
CERTIFIED MAIL – RETURN RECEIPT

Chief Financial Officer
Department of Financial Services
State of Florida
200 E. Gaines St.
Tallahassee, FL 32314

Sheriff Carmine Marceno
Lee County Sheriff's Department
14750 Six Mile Cypress Pkwy.
Ft. Myers, FL 33912

Lee County Sheriff's Department
14750 Six Mile Cypress Pkwy.
Ft. Myers, FL 33912

**CLAIMANT:** Mr. Anthony Melchiorre
Date of Birth:
Social Security No.:

**CONSORTIUM CLAIMANT:** None

**PRIOR ADJUDICATED UNPAID CLAIMS:** (If none, so state)
  Claimant: None
  Consortium Claimant: N/A

**DATE & TIME OF INCIDENT:** March 14th, 2020, at approximately 5:15 p.m.

**PLACE OF INCIDENT:** Shuckers Bar & Restaurant
1250 Estero Blvd.
Ft. Myers, FL 33931
Lee County, Florida

**DESCRIPTION OF INCIDENT:** On March 14th, 2020, at approximately 5:15 p.m., Mr. Anthony Melchiorre was walking on the beach outside of Shuckers Bar & Restaurant when he was abruptly tackled from behind by Sgt. Timothy Galloway. Sgt. Galloway, Sgt. Jeremiah Marcotte, and Deputy Stephen Herzfeld used excessive and unnecessary force while detaining Mr. Melchiorre, resulting in a torn posterior labrum, which required surgical repair and months of physical therapy. Mr. Melchiorre was charged with disorderly conduct in a licensed establishment; this charge was subsequently dropped on March 25th, 2020.

**KNOWN CITY, AGENTS, OR EMPLOYEES:** Lee County Sheriff's Department; Sgt. Timothy Galloway; Sgt. Jeremiah Marcotte; Deputy Stephen Herzfeld

**INJURIES:** *Torn posterior labrum in right shoulder; acromioclavicular sprain in left shoulder.*

**RELIEF SOUGHT:** Compensation for injuries sustained.

IF ADDITIONAL INFORMATION IS NEEDED, PLEASE CONTACT THE UNDERSIGNED.
PLEASE ACKNOWLEDGE RECEIPT HEREOF.

**I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by certified mail to the above agencies, this 14th day of January, 2021.**

Farnita Saunders Hill, Esquire
FBN: 1012158
Morgan & Morgan, P.A.
333 West Vine Street, Suite 1200
Lexington, KY 40507
Attorneys for Plaintiff